**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Alaska
                                    (State)

Case number (*If known*): _____ Chapter 7

❑ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Diamond R Enterprises LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 0 1 _ 0 9 6 6 5 2 8 |

4. **Debtor's address**

**Principal place of business**

Number    Street
PO Box 1134

Delta Jct.    AK    99737
City          State   ZIP Code

County _____

**Mailing address, if different from principal place of business**

Number    Street
PO Box 1134
P.O. Box

Delta Jct.    AK    99737
City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

5825 Hamilton Lane
Number    Street

Williston    ND    58802
City         State   ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

Debtor    Diamond R Enterprises LLC
Name

Case number (if known) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>   <u>1</u>   <u>3</u>   <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.　District _____    When _____    Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____    When _____    Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.　Debtor _____    Relationship _____

　　　　District _____    When _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　Case number, if known _____

---

Debtor _____Diamond R Enterprises LLC_____   Case number *(if known)*_____
           Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

                          _____

                          _____
                          City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name    _____

       Phone           _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Diamond R Enterprises LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2016
MM / DD / YYYY

✘ s/ Pam Rule                                    Pam Rule
Signature of authorized representative of debtor     Printed name

Title  Owner/Member

---

**18. Signature of attorney**

✘ s/ S. Jason Crawford                Date  06/21/2016
Signature of attorney for debtor              MM / DD / YYYY

S. Jason Crawford
Printed name

Crawford Law Offices, LLC
Firm name

1977 E. 75 S.
Number     Street

Layton                                   UT            84040
City                                     State         ZIP Code

385-439-5514                             jcrawfordlaw@hotmail.com
Contact phone                            Email address

0205019                                  AK
Bar number                               State

---

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/21/2016_       ✘ _s/ Pam Rule_____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

_Pam Rule_____
Printed name

_Owner/Member_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____Diamond R Enterprises LLC_____

United States Bankruptcy Court for the:_____ District of __Alaska____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number
   3.1. _____   _____   ____ ____ ____ ____      $_____0_____
   3.2. _____   _____   ____ ____ ____ ____      $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____0_____
   4.2. _____   $_____

5. **Total of Part 1** — $_____0_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

Debtor Diamond R Enterprises LLC _____ Case number *(if known)* _____
      Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $_____

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔ $_____
                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   47,365   –   47,365   = ........➔ $_____0_____
                    face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $_____0_____

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                   % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $_____

---

Case 16-00177    Doc 1    Filed 06/21/16    Entered 06/21/16 15:54:42    Desc Main
Document    Page 8 of 37

---

## Part 5:    Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** Work in progress | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | $_____ | | $_____ |
| **29.** Farm animals *Examples*: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | $_____ | | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | $_____ | | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | $_____ | | $_____ |

---

Debtor    Diamond R Enterprises LLC _____ Case number *(if known)* _____
        Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------|-----------|-----------|
| **39. Office furniture**<br>desk and chairs | $ 300 | like sales | $ 300 |
| **40. Office fixtures** | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Diamond R Enterprises Inc.

_____
Name

Case number *(if known)*_____

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 5825 Hamilton Lane, Williston ND | fee simple | $ 620,000 | comparable sales | $ 620,000 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 620,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   Diamond R Enterprises LLC   Case number _(if known)_____
          _____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜ $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____                          $_____

_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   | $_____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Official Form 206A/B   **Schedule A/B: Assets — Real and Personal Property**   page 7

Debtor    Diamond R Enterprises LLC
Name                                                    Case number (if known)

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 300 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................. ➔ | | $ 620,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 300 | + $ 620,000  91b. |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................... $ 620300

**Fill in this information to identify the case:**

Debtor name _____Diamond R Enterprises LLC_____

United States Bankruptcy Court for the: _____ District of __Alaska__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
_Century Services, LP c/o CONMY FESTE_

Describe debtor's property that is subject to a lien
Building at 5825 Hamilton Lane
Williston, ND  58802        $ 1,450,000    $ 620,000

Creditor's mailing address
PO Box 2686
Fargo, ND 58108

Describe the lien   1st Deed

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred   04/03/2014

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

_____
_____

**2.2**

Creditor's name
_Candice Ngo_

Describe debtor's property that is subject to a lien
Building at 5825 Hamilton Lane
Williston, ND  58802        $ 225,000    $ 620,000

Creditor's mailing address
3918 Dutin Rd
Burtonsville, MD 20866

Describe the lien   2nd Deed/Lien

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred   2011-2015

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines _2.1, 2.2_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 1,675,000

Debtor  Diamond R Enterprises LLC _____  Case number _(if known)_____
        Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:**  **Additional Page**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Diamond R Enterprises LLC _____    Case number (if known)_____
                   Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor **Diamond R Enterprises LLC**

United States Bankruptcy Court for the: _____ District of **Alaska**
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 334,159.87
Priority amount: $ 158,291

**Date or dates debt was incurred**
2013-2015

**Basis for the claim:**
Payroll Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

**2.2** Priority creditor's name and mailing address
ND Office of State Tax Commissioner
600 E Blvd ave, Dept 127
Bismarck, ND 58505-0552

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 144,341
$ 25884

**Date or dates debt was incurred**
2013-2015

**Basis for the claim:**
Sales /Employment taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

**2.3** Priority creditor's name and mailing address
Williams County Treasury
PO Box 2047
Williston, ND 58802-2047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,675.44
$ 0

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Property Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

Case 16-80177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
                        Document      Page 18 of 37

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 192,090 |
|---|---|---|
| Caterpillar / TNE | ☐ Contingent | |
| 1000 O'Malley Rd Ste 202 | ☐ Unliquidated | |
| Anchorage, AK 99515 | ☐ Disputed | |
| | Basis for the claim:   equipment rental | |
| Date or dates debt was incurred   2012 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☒ No   ☐ Yes | |

**3.2**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 27,300 |
|---|---|---|
| CH Mechanical, c/o Browning, Kaleczyc, Berry | ☐ Contingent | |
| 801 w main suite 2A | ☐ Unliquidated | |
| Bozeman MT 59715-3336 | ☐ Disputed | |
| | Basis for the claim:   heating system | |
| Date or dates debt was incurred   2013 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☒ No   ☐ Yes | |

**3.3**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 91,000 |
|---|---|---|
| CH Brown | ☐ Contingent | |
| PO Box 789 | ☐ Unliquidated | |
| Wheatland, WY 82201 | ☒ Disputed | |
| | Basis for the claim:   equipment / Trailer (returned) | |
| Date or dates debt was incurred   2014 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☒ No   ☐ Yes | |

**3.4**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 65,000 |
|---|---|---|
| CNH Ind. Capital American | ☐ Contingent | |
| PO Box 3600 | ☐ Unliquidated | |
| Lancaster PA 17604 | ☒ Disputed | |
| | Basis for the claim:   equipment (returned) | |
| Date or dates debt was incurred   2013 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☐ No   ☐ Yes | |

**3.5**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 10,379.46 |
|---|---|---|
| J & M Erectors | ☐ Contingent | |
| 13977 Timberwood Place, SW | ☐ Unliquidated | |
| Port Orchard Wa 98367 | ☐ Disputed | |
| | Basis for the claim:   equipment damage | |
| Date or dates debt was incurred   2014 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☒ No   ☐ Yes | |

**3.6**
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 135,779 |
|---|---|---|
| RDO | ☐ Contingent | |
| PO Box 10247 | ☐ Unliquidated | |
| Fargo, ND 58106 | ☒ Disputed | |
| | Basis for the claim:   judgment / Equipment rental | |
| Date or dates debt was incurred   2014 - 2015 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☒ No   ☐ Yes | |

Case 16-00177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document   Page 20 of 37

Diamond R Enterprises LLC

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

United Rentals, c/o Robert Sparks

1552 Noble St

Fairbanks, AK 99701

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 101,342

Date or dates debt was incurred   2013

Last 4 digits of account number  __ __ __ __

Basis for the claim:   equipment rentals

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

C Company   c/o Nilles Law Firm

PO Box 2626

Fargo, ND 58108-2626

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 16,800

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Am Portables   c/o DCI Collections

Drawer 1347

Dickinson, ND 58602

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 24,729

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

Basis for the claim:   trailer rental

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Strategic

120 W. 45th St. 2nd Floor

New York, NY  10036

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 47,000

Date or dates debt was incurred   2014

Last 4 digits of account number  __ __ __ __

Basis for the claim:   business loan

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Knight Capital Funding

9 East Loockerman St. Suite 3A-543

Dover, DE 19901

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,100

Date or dates debt was incurred   05/2014

Last 4 digits of account number  __ __ __ __

Basis for the claim:   business loan

Is the claim subject to offset?
☒ No
☐ Yes

---

Case 16-30177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document   Page 21 of 37

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12** **Nonpriority creditor's name and mailing address**

1st International Insurance

4554 38th Ave S. Suite A

Fargo, ND 58104

Date or dates debt was incurred   2014

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:**   insurance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$   32,301.93

---

**3.13** **Nonpriority creditor's name and mailing address**

Apple Electric   c/o Fredrikson & Byron, PA

51 Broadway Suite 402

Fargo, ND 58102-4970

Date or dates debt was incurred   2014

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   utilities

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$   25,000

---

**3.13** **Nonpriority creditor's name and mailing address**

Jim Kennedy   c/o Sean Foss

720 Main ave, Box 2105

Fargo, ND 58107-2105

Date or dates debt was incurred   2013

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   business loan

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$   100,000

---

**3.14** **Nonpriority creditor's name and mailing address**

Henry Vern   c/o Neff, Eiken & Eff

111 E Broadway, PO Box 1526

Williston, ND 58802

Date or dates debt was incurred   2014

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   business loans

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$   85,000

---

**3.15** **Nonpriority creditor's name and mailing address**

Alan Knable

PO Box 65

Big Falls, MIN 56627

Date or dates debt was incurred   2014

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   business loan

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$   50,000

---

Case 16-00677   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document   Page 22 of 37

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.16** Nonpriority creditor's name and mailing address

Glen Taylor

3578 Airport Way, #B

Fairbanks, AK 99709

Date or dates debt was incurred    2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:    loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    24,000

---

**3.17** Nonpriority creditor's name and mailing address

Bob Michaels CPA

590 University Ave Suite 100

Fbks, Ak 99709

Date or dates debt was incurred    2014/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:    accounting services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    17,580

---

**3.18** Nonpriority creditor's name and mailing address

Steve Schroeder

33462 Ukimo St NW

Cambridge, MN 55008

Date or dates debt was incurred    2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:    contract for labor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    1,250

---

**3.19** Nonpriority creditor's name and mailing address

Kevin Knaeble

64574 Sandy Beach Rd.

Northome, MN 56661

Date or dates debt was incurred    2013/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    contract for labor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    12,620.80

---

**3.20** Nonpriority creditor's name and mailing address

Travis Gibson

32905 Hilarg Cir.

Cambridge, MN 55008

Date or dates debt was incurred    2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:    unpaid wages

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    2,000

---

Case 16-00177  Doc 1  Filed 06/21/16  Entered 06/21/16 15:54:42  Desc Main
Document  Page 23 of 37

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Brian Hathaway

24 Davidge Street
Coudersport, PA 16915

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: unpaid wages

Date or dates debt was incurred    2014
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,458

---

**3.22** Nonpriority creditor's name and mailing address

McKenna Rachael

905 5th St SW
Sidney, MT 59270

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid wages

Date or dates debt was incurred    2014
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,797

---

**3.23** Nonpriority creditor's name and mailing address

Mac Alley

2404 SE 2nd Street
Ontario, OR 97914

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid wages

Date or dates debt was incurred    2014
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,250

---

**3.24** Nonpriority creditor's name and mailing address

Brian Gay

23 Harper Coulee Rd.
Roundup MT 59072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid wages

Date or dates debt was incurred    2014
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,000

---

**3.25** Nonpriority creditor's name and mailing address

Josh Rogan

912 State Ave
Dell Rapids, SD 57022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: unpaid wages

Date or dates debt was incurred    2014
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,500

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page _7_ of _18_

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.26** Nonpriority creditor's name and mailing address
Combs Law Office

436 Brunswick Drive

Bismark, ND 58503

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** attorney fees

$ 1025.00

Date or dates debt was incurred   2015-2016
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.27** Nonpriority creditor's name and mailing address
Direct TV

PO Box 60036

Los Angeles, CA 90060-0036

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

$ 294.55

Date or dates debt was incurred   2015
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address
Doorman

51 Coffeen Ave, Suite 101, #294

Sheridan, WY 82801

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service/repairs

$ 763.00

Date or dates debt was incurred   2015
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.29** Nonpriority creditor's name and mailing address
First Data

PO Box 173845

Denver, CO 80217

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** POS system

$ 920.20

Date or dates debt was incurred   2015
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.30** Nonpriority creditor's name and mailing address
A & I Distributors

PO Box 1999

Billings, MT 59103

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** oil and parts

$ 1220.18

Date or dates debt was incurred   2012
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.31** Nonpriority creditor's name and mailing address

Ahern Rental

PO Box 1377

Cockeysville, MD 21030-9998

Date or dates debt was incurred        2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: equip rental fees

Is the claim subject to offset?
☒ No
☐ Yes

$ 1380.00

---

**3.32** Nonpriority creditor's name and mailing address

Allied Insurance

P.O. Box 10479

Des Moines, IA 50306-0479

Date or dates debt was incurred        2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ 2972.37

---

**3.33** Nonpriority creditor's name and mailing address

Altitude Analysis, Inc.

1993 Dewar Dr Suite 1 PMB 259

Rock Springs WY 82901

Date or dates debt was incurred        2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: employee drug testing

Is the claim subject to offset?
☒ No
☐ Yes

$ 255.00

---

**3.34** Nonpriority creditor's name and mailing address

ASC Construction

9115 Harris Corners Pky Suite 450

Charlotte, NC 28269

Date or dates debt was incurred        2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: overpayment of rent

Is the claim subject to offset?
☒ No
☐ Yes

$ 2500.00

---

**3.35** Nonpriority creditor's name and mailing address

AT&T

P.O. Box 6463

Carol Stream, IL  60197-6463

Date or dates debt was incurred        2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: telecommunications

Is the claim subject to offset?
☒ No
☐ Yes

$ 972.00

---

Case 16-00177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document      Page 26 of 37

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.36** | Nonpriority creditor's name and mailing address

Auto-Owners Insurance

PO Box 30315

Lansing Michigan 48909-7815

Date or dates debt was incurred  2015

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  insurance

Is the claim subject to offset?
☒ No
☐ Yes

$  9,500.00

---

**3.37** | Nonpriority creditor's name and mailing address

Blanes Auto

PO Box 6712

Williston, ND  58802-6712

Date or dates debt was incurred  2015

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto repair

Is the claim subject to offset?
☒ No
☐ Yes

$  3,498.75

---

**3.38** | Nonpriority creditor's name and mailing address

Bob Michaels, CPA

590 University Ave Suite #100

Fairbanks, AK 99709

Date or dates debt was incurred  2014-2015

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  accounting

Is the claim subject to offset?
☐ No
☐ Yes

$  13,320.00

---

**3.39** | Nonpriority creditor's name and mailing address

Burns & Associates, PC

100 Cushman St Suite 311

Fairbanks, Ak 99701

Date or dates debt was incurred  2015

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  attorney fees

Is the claim subject to offset?
☒ No
☐ Yes

$  1,935.00

---

**3.40** | Nonpriority creditor's name and mailing address

Chamley Pipe & Salvage LLC

Box 389

Minot, ND 58702-0389

Date or dates debt was incurred  2015

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  waste collection

Is the claim subject to offset?
☒ No
☒ Yes

$  6,031.20

---

Debtor Diamond R Enterprises LLC

Name

Case number (if known)

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.41** Nonpriority creditor's name and mailing address

Chapman Law Firm

PO Box 1920

Williston, ND 58802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 8,662.24

Basis for the claim: Legal fees

Date or dates debt was incurred 2014-2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.42** Nonpriority creditor's name and mailing address

Ferrell gas

PO Box 173940

Denver, CO 80217-3940

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,600.78

Basis for the claim: _____

Date or dates debt was incurred 2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.43** Nonpriority creditor's name and mailing address

Geoforce

PO Box 123241

Dallas TX 75312-3241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,176.18

Basis for the claim: tracking device rental

Date or dates debt was incurred 2015

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.44** Nonpriority creditor's name and mailing address

Hamilton Systems

PO Box 175

Hamilton, ND 58238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,368.46

Basis for the claim: parts

Date or dates debt was incurred 2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.45** Nonpriority creditor's name and mailing address

Harry Gay

PO Box 843

Roundup, MT 59072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42,885.14

Basis for the claim: equipment rental

Date or dates debt was incurred 2014

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Case 16-80177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document   Page 28 of 37

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.46** Nonpriority creditor's name and mailing address

Herc- U- Lift

5655 Hwy 12 W Box 69

Maple Plain, MN 55359

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    equipment rental

Is the claim subject to offset?
☒ No
☐ Yes

$    1,230.59

---

**3.47** Nonpriority creditor's name and mailing address

ISN

PO Box 841808

Dallas TX 75312-1808

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services

Is the claim subject to offset?
☒ No
☐ Yes

$    750.00

---

**3.48** Nonpriority creditor's name and mailing address

JVC Sales

913 Main Ave West

West Fargo, ND 58078

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    equipment rental

Is the claim subject to offset?
☒ No
☐ Yes

$    8,535.00

---

**3.49** Nonpriority creditor's name and mailing address

Missouri Ridge Commercial Park Owners

2601 South Constitution Blvd.

Salt Lake City, UT 84119

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    homeowner association fees

Is the claim subject to offset?
☒ No
☐ Yes

$    800.00

---

**3.50** Nonpriority creditor's name and mailing address

MWEC

P.O. Box 1346

Williston, ND 58802-1346

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    electricity services

Is the claim subject to offset?
☒ No
☐ Yes

$    4,816.40

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.51**  Nonpriority creditor's name and mailing address

Nemont

P.O. Box 600, 61 Highway 13 S

Scobey, MT 59263-0600

Date or dates debt was incurred       2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   telecommunications

Is the claim subject to offset?
☒ No
☐ Yes

$   263.53

---

**3.52**  Nonpriority creditor's name and mailing address

Olson  Brothers Excavating, Inc.

6622 100 12th St. E

Puyallup WA 98373

Date or dates debt was incurred       2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   equipment rentall

Is the claim subject to offset?
☒ No
☐ Yes

$   12,005.00

---

**3.53**  Nonpriority creditor's name and mailing address

P Fleet

6390 Greenwich Dr, Suite 200

San Diego, CA 92122

Date or dates debt was incurred       2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   fuel

Is the claim subject to offset?
☒ No
☐ Yes

$   14,103.83

---

**3.54**  Nonpriority creditor's name and mailing address

PNA Newspapers

PO Box 231647

Anchorage, AK 99523

Date or dates debt was incurred       2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   advertising

Is the claim subject to offset?
☒ No
☐ Yes

$   270.00

---

**3.55**  Nonpriority creditor's name and mailing address

Praxair Distribution

Dept CH 10660

Palatine, IL 60055-0660

Date or dates debt was incurred       2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   welding supplies

Is the claim subject to offset?
☒ No
☐ Yes

$   143.65

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.56**   **Nonpriority creditor's name and mailing address**

R Wolf

HC62 Box 5300

Delta Jct. AK 99737

Date or dates debt was incurred   2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   contract labor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,987.16

---

**3.57**   **Nonpriority creditor's name and mailing address**

Roger Hamilton

15138 N Monolot St,

Effinghan, Ill 62401

Date or dates debt was incurred   2014

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   contract labor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 79,350.00

---

**3.58**   **Nonpriority creditor's name and mailing address**

Royal Tire, INC.

NW 7828 PO Box 1450

Minneapolis, MN 55485-1450

Date or dates debt was incurred   2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   tires

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2,125.53

---

**3.59**   **Nonpriority creditor's name and mailing address**

Safety Service Company

Dept 730062, PO Box 660919

Dallas TX 75266-0919

Date or dates debt was incurred   2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 250.00

---

**3.60**   **Nonpriority creditor's name and mailing address**

Shaw Trucking Inc.

18530 Buchanan St.NE

East Bethel, MN 55011

Date or dates debt was incurred   2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   transportation

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 8,456.11

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.61** Nonpriority creditor's name and mailing address

Snowy River

PO Box 843

Roundup, MT 59072

Date or dates debt was incurred **2015**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____Equipment Rental_____

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,428.61

---

**3.62** Nonpriority creditor's name and mailing address

Sundre Sand & Gravel, Inc.

Box 389

Minot, ND 58702-0389

Date or dates debt was incurred **2015**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____material_____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,859.23

---

**3.63** Nonpriority creditor's name and mailing address

Stellar Field Service, INC

PO Box 1818

Vernal, UT 84078

Date or dates debt was incurred **2015**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____equipment rental_____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,500.00

---

**3.64** Nonpriority creditor's name and mailing address

Weber Appraisal Services, Inc.

5755 County Road 136

St. Cloud, MN 56301

Date or dates debt was incurred **2015**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____appraisals_____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,500.00

---

**3.65** Nonpriority creditor's name and mailing address

WSI

P.O. Box 5585

Bismarck, ND 58506

Date or dates debt was incurred **2015**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____unemployment insurance_____

Is the claim subject to offset?
☒ No
☐ Yes

$ 786.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.66** Nonpriority creditor's name and mailing address

Wells Fargo Bank

PO Box 6995

Portland, OR 97228-6995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: overdrafted accounts

Date or dates debt was incurred    2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$    898.09

---

**3.67** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.68** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.69** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.70** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Case 16-80177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
                 Document      Page 33 of 37

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.2. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.3. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.4. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 41. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.5. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.6. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.7. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.8. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.9. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.10. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.11. _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Case 16-00177   Doc 1   Filed 06/21/16   Entered 06/21/16 15:54:42   Desc Main
Document   Page 34 of 37

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 492,176.31 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 1,344,851.34 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,837,027.65 |

**Fill in this information to identify the case:**

Debtor name _____ Diamond R Enterprises LLC _____

United States Bankruptcy Court for the: _____ District of __Alaska__
                                                                      (State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Diamond R Enterprises LLC___

United States Bankruptcy Court for the: _____ District of __Alaska__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Pam Rule | PO Box 1134 | various | ☒ D |
| | Street | | ☒ E/F |
| | | | ☐ G |
| | Delta Jct.     AK     99737 | | |
| | City    State    ZIP Code | | |
| 2.2 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |
| 2.3 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |
| 2.4 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |
| 2.5 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |
| 2.6 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name    Diamond R Enterprises LLC

United States Bankruptcy Court for the: _____ District of    Alaska
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $    620,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................    $    300

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $    620,300

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................    $    1,675,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................    $    492,176.31

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +  $    1,344,851.34

4. **Total liabilities**
    Lines 2 + 3a + 3b    $    3,512,027.65

---